FILED

1  Raul O. Pinochet
   15662 Amar Rd.
2  La Puente, CA 91744                              2016 FEB 18  PM 1: 52

3  Defendant In Pro Per                          CLERK U.S. DISTRICT COURT
   9-09-291-5340                                  CENTRAL DIST. OF CALIF.
4                                                       RIVERSIDE
                                                  BY
5              UNITED STATES DISTRICT COURT

6              CENTRAL DISTRICT OF CALIFORNIA

7              EASTERN DIVISION - RIVERSIDE

8

9  SREAM, INC., a California Corporation,    )  Case No.: No. 5:16-CV-00103-JGB-KK
                                             )
10               Plaintiff,                  )  **DEFENDANT RAUL O. PINOCHET'S**
                                             )  **ANSWER TO COMPLAINT**
11       vs.                                 )
                                             )  **DEMAND FOR JURY TRIAL**
12  Raul O. Pinochet,                        )
                                             )
13               Defendant.                  )
   _____       )

14

15       COMES NOW Defendant, Raul O. Pinochet (hereinafter "DEFENDANT"),

16  to herewith answer the Complaint:

17       1.      Answering paragraph 1 of Plaintiff's Complaint, DEFENDANT is

18  without sufficient knowledge or information to form a belief as to the truth of the

19  allegations contained in said paragraph, and, on the basis, denies the allegations

20  contained therein.

21       2.      Answering paragraph 2 of Plaintiff's Complaint, DEFENDANT is

22  without sufficient knowledge or information to form a belief as to the truth of the

23  allegations contained in said paragraph, and, on the basis, denies the allegations

24  contained therein.

25       3.      Answering Paragraph 3 of Plaintiff's Complaint, DEFENDANT is

26  without sufficient knowledge or information to form a belief as to the truth of the

27  allegations contained in said paragraph, and, on that basis, denies the allegations

contained therein.

                                    ANSWER TO COMPLAINT CASE
                                    CASE NO. 5:16-CV-00103-JGB-KK

4.     Answering Paragraph 4 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

5.     Answering Paragraph 5 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

6.     Answering Paragraph 6 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

7.     Answering Paragraph 7 of Plaintiff's Complaint, DEFENDANT admits that he is an individual who operates a store known as "Smoke Town" located at 15662 Amar Rd, La Puente, California 91744;  and, as to all other allegations in said paragraph, DEFENDANT denies the allegations contained therein.

8.     Answering Paragraph 8 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

9.     Answering Paragraph 9 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

10.     Answering Paragraph 10 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

ANSWER TO COMPLAINT CASE
CASE NO. 5:16-CV-00103-JGB-KK

11.     Answering Paragraph 11 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

12.     Answering Paragraph 12 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

13.     Answering Paragraph 13 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

14.     Answering Paragraph 14 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

15.     Answering Paragraph 15 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

16.     Answering Paragraph 16 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

17.     Answering Paragraph 17 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

18.     Answering Paragraph 18 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

ANSWER TO COMPLAINT CASE
CASE NO. 5:16-CV-00103-JGB-KK

19.     Answering Paragraph 19 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

20.     Answering Paragraph 20 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

21.     Answering Paragraph 21 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

22.     Answering Paragraph 22 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

23.     Answering Paragraph 23 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

24.     Answering Paragraph 24 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

25.     Answering Paragraph 25 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

26.     Answering Paragraph 26 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

ANSWER TO COMPLAINT CASE
CASE NO. 5:16-CV-00103-JGB-KK

1       27.    Answering Paragraph 27 of Plaintiff's Complaint, DEFENDANT

2   denies the allegations contained therein.

3       28.    Answering Paragraph 28 of Plaintiff's Complaint, DEFENDANT

4   denies the allegations contained therein.

5       29.    Answering Paragraph 29 of Plaintiff's Complaint, DEFENDANT

6   denies the allegations contained therein.

7       30.    Answering Paragraph 30 of Plaintiff's Complaint, DEFENDANT

8   denies the allegations contained therein.

9       31.    Answering Paragraph 31 of Plaintiff's Complaint, DEFENDANT

10   denies the allegations contained therein.

11   **FIRST CAUSE OF ACTION**

12       32.    Answering Paragraph 32 of Plaintiff's Complaint, DEFENDANT

13   incorporates here by reference and realleges his answers to paragraphs 1 through

14   31 of Plaintiff's Complaint.

15       33.    Answering Paragraph 33 of Plaintiff's Complaint, DEFENDANT is

16   without sufficient knowledge or information to form a belief as to the truth of the

17   allegations contained in said paragraph, and, on that basis, denies the allegations

18   contained therein.

19       34.    Answering Paragraph 34 of Plaintiff's Complaint, DEFENDANT is

20   without sufficient knowledge or information to form a belief as to the truth of the

21   allegations contained in said paragraph, and, on that basis, denies the allegations

22   contained therein.

23       35.    Answering Paragraph 35 of Plaintiff's Complaint, DEFENDANT

24   denies the allegations contained therein.

25       36.    Answering Paragraph 36 of Plaintiff's Complaint, DEFENDANT

26   denies the allegations contained therein.

27       37.    Answering Paragraph 37 of Plaintiff's Complaint, DEFENDANT

denies the allegations contained therein.

**ANSWER TO COMPLAINT CASE**
**CASE NO. 5:16-CV-00103-JGB-KK**

38.     Answering Paragraph 38 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

39.     Answering Paragraph 39 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

40.     Answering Paragraph 40 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

41.     Answering Paragraph 41 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

42.     Answering Paragraph 42 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

## SECOND CAUSE OF ACTION

43.     Answering Paragraph 43 of Plaintiff's Complaint, DEFENDANT incorporates here by reference and realleges his answers to paragraphs 1 through 42 of Plaintiff's Complaint.

44.     Answering Paragraph 44 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

45.     Answering Paragraph 45 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

46.     Answering Paragraph 46 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

47.     Answering Paragraph 47 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

48.    Answering Paragraph 48 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

49.    Answering Paragraph 49 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

50.    Answering Paragraph 50 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

51.    Answering Paragraph 51 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

52.    Answering Paragraph 52 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

53.    Answering Paragraph 53 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

### THIRD CAUSE OF ACTION

54.    Answering Paragraph 54 of Plaintiff's Complaint, DEFENDANT incorporates here by reference and realleges his answers to paragraphs 1 through 53 of Plaintiff's Complaint.

55.    Answering Paragraph 55 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

56.    Answering Paragraph 56 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

57.    Answering Paragraph 57 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

58.    Answering Paragraph 58 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

59.    Answering Paragraph 59 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

ANSWER TO COMPLAINT CASE
CASE NO. 5:16-CV-00103-JGB-KK

60.     Answering Paragraph 60 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

## FOURTH CAUSE OF ACTION

61.     Answering Paragraph 61 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

62.     Answering Paragraph 62 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

63.     Answering Paragraph 63 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

## FIFTH CAUSE OF ACTION

64.     Answering Paragraph 64 of Plaintiff's Complaint, DEFENDANT incorporates here by reference and realleges his answers to paragraphs 1 through 63 of Plaintiff's Complaint.

65.     Answering Paragraph 65 of Plaintiff's Complaint, DEFENDANT is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, denies the allegations contained therein.

66.     Answering Paragraph 66 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

67.     Answering Paragraph 67 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

68.     Answering Paragraph 68 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

69.     Answering Paragraph 69 of Plaintiff's Complaint, DEFENDANT denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

1.     As for a first, separate and distinct affirmative defense to the Complaint, and each and every count therein,

ANSWER TO COMPLAINT CASE
CASE NO. 5:16-CV-00103-JGB-KK

DEFENDANT alleges that Plaintiff's Complaint fails to state the facts sufficient to constitute a claim.

2.      As for a second, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff's Complaint fails to demonstrate the inadequacy of legal relief.

3.      As for a third, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges, on information and belief, that the sole and proximate cause of the acts complained of by Plaintiff were due to the acts and/or omissions of persons and entities other than DEFENDANT.

4.      As for a fourth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that the causes of action set forth in the Complaint are, and each of them is, barred in whole or in part by the privilege of fair competition.

5.      As for a fifth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that said DEFENDANT acted at all times within the scope of discretion, in good faith, with due care, and pursuant to applicable rules, regulations and practices reasonably and in good faith belief to be in accordance with the Constitution and laws of the United States or the State of California, and this DEFENDANT, therefore, is not liable.

6.      As for a sixth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that DEFENDANT's name, marks and symbols are dissimilar to those of Plaintiff, there is no possibility of confusion as to the source of goods, there is no reasonable implication of endorsement of goods.

7.      As for a seventh, separate and distinct affirmative defense to the Complaint, and each and every count therein,

ANSWER TO COMPLAINT CASE
CASE NO. 5:16-CV-00103-JGB-KK

DEFENDANT alleges that some or all of the Plaintiff's alleged trade dress is functional and, therefore, not subject to trade dress protection.

8.    As for an eighth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that each and every claim is barred in whole or in part by the privilege of fair use.

9.    As for a ninth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff's alleged trademarks are weak marks does not extend to DEFENDANT's products.

10.    As for a tenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff's claims are barred due to a lack of fame.

11.    As for an eleventh, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff's claims are barred by the First Sale Doctrine.

12.    As for a twelfth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that he had implied license to use each and every mark claimed to be owned by Plaintiff based on Plaintiff's conduct.

13.    As for a thirteenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff is barred by the Doctrine of Innocent Intent and that this answering DEFENDANT acted with innocent intent.

14.    As for a fourteenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that the Trademark Registration alleged in the Complaint were improperly issued by the U.S. Patent and Trademark Office in that said alleged trademarks are merely descriptive of the goods of the Plaintiff and said

**ANSWER TO COMPLAINT CASE**
**CASE NO. 5:16-CV-00103-JGB-KK**

marks have not become distinctive of Plaintiff's goods in interstate commerce.

15.    As for a fifteenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff's alleged trademarks and trade dress are functional and, therefore, not incontestable, not a trademark from its inception, and incapable of legal protection under the law.

16.    As for a sixteenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff's alleged trademarks are not incontestable because of the limited territory of an intermediate junior user.

17.    As for a seventeenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff's alleged trademarks are not incontestable because of the prior registration and/or common law rights of DEFENDANT.

18.    As for an eighteenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff's alleged trademarks are not incontestable because of DEFENDANT's fair use of the alleged marks.

19.    As for a nineteenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that there is no actual confusion nor any likelihood of confusion between Plaintiff's name or alleged marks and DEFENDANT's name or marks.

20.    As for a twentieth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff's alleged trademarks are weak and not infringed, and therefore, the scope of protection for said weak marks does not extend to DEFENDANT's trademarks. DEFENDANT contends that there are numerous third-party uses of similar marks.

ANSWER TO COMPLAINT CASE
CASE NO. 5:16-CV-00103-JGB-KK

1    21.    As for a twenty-first, separate and distinct affirmative defense to the
2  Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff
3  have abandoned its alleged rights in the marks by acts which have caused the
4  marks to lose their significance as an indication or origin.

5    22.    As for a twenty-second, separate and distinct affirmative defense to
6  the Complaint, and each and every count therein, DEFENDANT alleges that
7  Plaintiff's alleged marks or symbols are not "trademarks" but are generic names of
8  goods or services.

9    23.    As for a twenty-third, separate and distinct affirmative defense to the
10  Complaint, and each and every count therein, DEFENDANT alleges that
11  Plaintiff's alleged names, marks or symbols are not inherently distinctive and have
12  not become distinctive in that purchasers do not associate the name, marks or
13  symbols with Plaintiff alone.

14    24.    As for a twenty-fourth, separate and distinct affirmative defense to the
15  Complaint, and each and every count therein, DEFENDANT alleges that Plaintiff
16  lacks standing.

17    DEFENDANT has not completed his investigation of the allegations of the
18  Plaintiff in the Complaint, and specifically reserves the right to amend his Answer
19  and present additional affirmative defenses as necessary.

20    WHEREFORE, this answering DEFENDANT prays for judgement as
21    follows:

22    1.    That Plaintiff's request for damages be denied;

23    2.    That Plaintiff's request for injunctive relief be denied;

24    3.    For reasonable attorney's fees and costs of suit incurred therein; and

25    4.    For such other and further relief as the Court deems proper.

26  Dated:  February 17, 2016

Raul O. Pinochet
27                                                          Defendant In Pro Per

ANSWER TO COMPLAINT CASE
CASE NO. 5:16-CV-00103-JGB-KK

12

1

## **DEMAND FOR JURY TRIAL**

2       DEFENDANT hereby demands a jury trial as provided by Rule 38(a) of the

3   Federal Rules of Court.

4   Dated:  February 17, 2016

5                                                        Raul O. Pinochet

6                                                        Defendant In Pro Per

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          **ANSWER TO COMPLAINT CASE**
                                            **CASE NO. 5:16-CV-00103-JGB-KK**

On ___2/18/16___, I served the documents described as:
_(date of mailing)_

1.    DEFENDANT'S ANSWER

2.    CERTIFICATE AND NOTICE OF INTERESTED PARTIES

_____
_(list the names of any other documents you are mailing)_

_____

_____

_____

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _____,
_(city and state of mailing)_

addressed to:

NEXIO PC_____ _(name)_          _____ _(name)_

245 FISCHER AVENUE _(address)_       _____ _(address)_

SUITE C3_____ _(address)_       _____ _(address)_

COSTA MESA, CA. 92626 _(address)_    _____ _(address)_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __FEB 18, 2016__ at __WEST COVINA, CAL.__
_(date)_                          _(city and state of signing)_

_Yeisi Pinochet_
_(sign)_

YEISI PINOCHET_
_(print name)_