Imran F. Vakil, Esq. (Bar No. 248859)
ivakil@nexiolaw.com
Angelo E. Mishriki, Esq. (Bar No. 305069)
amishriki@nexiolaw.com
**NEXIO, PC**
245 Fischer Avenue
Suite C3
Costa Mesa, CA 92626
Phone:     (949) 478-6830
Facsimile:  (949) 478-1275
*Attorneys for Plaintiff, Sream, Inc.*

Bradford J. Dozier   SBN 142061
ATHERTON & DOZIER
1313 N. Center Street
Stockton, CA   95202
Telephone: (209) 948-5711
*Attorney for Defendant*
*EMAD SAEED KASSEM MOHSEN*

Raul O. Pinochet
15662 Amar Rd.
La Puente, CA 91744
Phone: (909) 291-5340
Defendant In Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PANG YUN SIK A/K/A YUN SIK PANG; RAUL PINOCHET; EMAD SAEED KASSEM MOHSEN; and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No. 5:16-cv-00103-JGB-KK<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF RULE 26(F) CONFERENCE HEARING**<br><br>**Initial Hearing Date: April 4, 2016**<br><br>**Rquested Hearing Date: April 11, 2016** |

1

**NOTICE OF CONTINUANCE OF HEARING**

TO THE COURT, THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING CONTINUANCE:

WHEREAS, on January 19, 2016, Plaintiff Sream, Inc. ("**Sream**") filed suit against Pang Yun Sik a/k/a Yun Sik Pang[1] ("Sik"), Raul Pinochet[2] ("**Pinochet**") and Emad Saeed Kassem Mohsen ("**Mohsen**") [Dkt. 1];

WHEREAS, on February 24, 2016, this Court issued an Order Setting Rule 26(f) Scheduling Conference in the above captioned case (the "26f Conference") to be heard on April 4, 2016 at 11:00 AM in *Riverside, California*;

WHEREAS, Plaintiff's counsel has another hearing scheduled for April 4, 2016 in *Los Angeles*, California at 10:30 AM in Live Face on Web, LLC v. Major League Builders, Inc. (*See* 2:15-cv-09927-PA (AGRx) at Dkt. 13)[3], which is 30 minutes before the start of the 26(f) hearing in this Action *and roughly 60 miles away*, making attendance of both hearings highly improbable;

WHEREAS, on March 11, 2016, Plaintiff Sream and Defendants Pinochet and Mohsen (collectively, the "**Parties**"), conducted an Early Meeting pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP");

WHEREAS, Plaintiff and Defendant Mohsen[4] jointly stipulate that the 26(f) Conference in this Action be continued by one week to April 11, 2016;

THEREFORE, that the Plaintiff and Defendant Mohsen collectively request that the Rule 26(f) Conference be continued from April 4, 2016 at 11:00 AM to April 11, 2016 at 11:00 AM, or as soon thereafter as the Court's schedule may allow.

---

[1] On March 09, 2016, Plaintiff filed a Request for Entry of Default against Sik;
[2] Pinochet failed/refused to sign the final draft of the Joint Report.
[3] Plaintiff's counsel has concurrently notified the Court in Live Face On Web, LLC v. Major League Builders, Inc. of the potential conflict, and that in the event that the hearing in this Action is not continued, Plaintiff has requested a contingent extension of one week for the hearing be conducted on April 11, 2016 in that case (*See* Dkt. 14);
[4] In addition to refusing to sign the final 26(f) report, Defendant Pinochet has failed to respond to Plaintiff's counsel's four emails and calls over the past week to counsel's repeated requests for a continuance.

Dated:  March 21, 2016        **NEXIO, PC**

            By:    /s/ Imran F. Vakil
                   Imran F. Vakil
                   *Attorneys for Plaintiff,*
                   *Sream, Inc.*

Dated:  March 21, 2016        **ATHERTON & DOZIER**

            By:    /s/ Bradford J. Dozier/
                   Bradford J. Dozier
                   *Attorney for Defendant*
                   *EMAD SAEED KASSEM MOHSEN*

Dated:  March 21, 2016        Raul Pinochet, Defendant In Pro Per

            By:    [DECLINED TO RESPOND]
                   Raul Pinochet
                   *Defendant In Pro Per*

**NOTICE OF CONTINUANCE OF HEARING**